NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


FREDDIE J. SMITH, JR., DOC # H16866,       )
                                            )
            Appellant,                      )
                                            )
v.                                          )          Case No. 2D17-3455
                                            )
STATE OF FLORIDA,                           )
                                            )
            Appellee.                       )
_____ )

Opinion filed April 18, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Polk
County; Wayne M. Durden, Judge.


PER CURIAM.


            Affirmed.


CASANUEVA, BLACK, and BADALAMENTI, JJ., Concur.